

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2019

No. 04-19-00722-CV

Eric **LOPEZ,**
Appellant

v.

**ROCKY CREEK PARTNERS, LLC.,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13865
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant Eric Lopez's motion for extension of time to file a notice of appeal is granted.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court